UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-20115-CR-SEITZ/TURNOFF

UNITED STATES OF AMERICA,

v.

DIANA TILBERT,

      Defendant.
_____/

## REPORT AND RECOMMENDATION OF CHANGE OF PLEA

**THIS CAUSE** is before the undersigned upon an Order of Reference from the Honorable Patricia A. Seitz, United States District Judge for the Southern District of Florida, to conduct a hearing for acceptance of a guilty plea by the defendant in the above-referenced case. **(ECF No. 7)**. This Court, having conducted a change of plea hearing on Thursday, March 3, 2016 **(ECF No. 11)**, makes the following recommendation:

    1.    On March 3, 2016, this Court convened a hearing to permit Defendant, Diana Tilbert ("Defendant"), to enter a change of plea in this case. This Court advised Defendant of the right to have these proceedings conducted by the District Judge assigned to the case. Further, this Court advised Defendant that this Court was conducting the change of plea hearing on an Order of Reference from the District Court and at the agreement of Defendant, defense counsel, and the Assistant United States Attorney assigned to the case. This Court further advised Defendant that the District Judge assigned to this case would be the sentencing judge and would make all findings and rulings concerning Defendant's sentence and would conduct a sentencing hearing at a time set by the District Court.

    2.    This Court advised Defendant that Defendant did not have to permit the undersigned United States Magistrate Judge to conduct this hearing and could require that the change of plea hearing

Case No.:16-CR-20115-SEITZ

be conducted only by a United States District Judge. Defendant, defense counsel, and the Assistant United States Attorney assigned to the case all agreed on the record and consented to this Court conducting the change of plea hearing.

3. This Court conducted a plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

4. There is a written plea agreement in this case. Defendant pled guilty to one count of conspiring to encourage and induce aliens to enter the United States, in violation of Title 8, United States Code, § 1324 (a)(1)(A)(v)(I).

The Information states as follows:

Beginning at least as early as 2008, and continuing to on or about December 9, 2015, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DIANA TILBERT**

Did willfully, that is, with the intent to further the object of the conspiracy, and knowingly conspire, confederate, and agree with Eliezer Lazo, Joel Martinez Hernandez, and other persons known and unknown to the United States of Attorney, to encourage and induce an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry [,] and residence [,] is and will be in violation of [the] law, in violation of Title 8, United States Code, Section 1324 (a)(1)(A)(iv); all in violation of Title 8, United States Code, Section 1324 (a)(I)(A)(v)(I).

**(ECF No. 1)**(emphasis in original).

5. The government stated a factual basis for the entry of the plea, which included all of the essential elements of the crime(s) to which Defendant is pleading guilty, and any sentencing enhancements and/or aggravating factors that may be applicable. The government also announced the possible maximum penalty in respect to the Information. Defendant acknowledged the possible maximum penalty which could be imposed in this case.

Case No.:16-CR-20115-SEITZ

6. Based upon all the foregoing and the plea colloquy conducted by this Court, the undersigned recommends to the District Court that Defendant be found to have freely and voluntarily entered a guilty plea to the Information, as more particularly described herein, and that Defendant be adjudicated guilty of the offense.

7. A pre-sentence investigation is being prepared for the District Court by the United States Probation Office, and sentencing, before Judge Seitz, has been set for **Thursday, May 12, 2016 at 2:30 p.m. at the United States District Court, Southern District of Florida, in the Wilkie D. Ferguson, Jr. Courthouse, Courtroom 11-4, 401 N. Miami Avenue, Miami, Florida**.

**ACCORDINGLY**, the undersigned **RESPECTFULLY RECOMMENDS** to the District Court that Defendant's plea of guilty be accepted, that Defendant be adjudicated guilty of the offense to which a plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with United States District Judge Patricia A. Seitz.

**DONE AND SUBMITTED** in Chambers at Miami, Florida, this ___ day of March 2016.

WILLIAM C. TURNOFF
**UNITED STATES MAGISTRATE JUDGE**

cc: Hon. Patricia A. Seitz
Counsel of Record
United States Probation, U.S. District Court