UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 16-20115-CR-SEITZ

UNITED STATES OF AMERICA

        Plaintiff,

vs.

DIANA TILBERT,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge William C. Turnoff, on March 1, 2016. A Report and Recommendation filed on March 7, 2016 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge William C. Turnoff, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to the Count in the Information.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of March, 2016.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Turnoff
        Counsel of Record